UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Sandro Bikaj,

                Petitioner,      Case No. 20-11279

v.                                  Judith E. Levy
                                   United States District Judge

Rebecca Adducci, *et al.*,

                                   Mag. Judge Elizabeth A. Stafford

                Respondents.

_____/

## ORDER DENYING PETITONER'S MOTION AND ORDERING SUPPLEMENTAL BRIEFING [3]

On May 21, 2020, Petitioner Sandro Bikaj filed a Petition for Writ of Habeas Corpus. (ECF No. 1.) On May 22, 2020, Petitioner filed a Motion for Temporary Restraining Order, seeking immediate release from civil immigration detention at the Monroe County Jail. (ECF No. 3.) Petitioner claims that no conditions of confinement can ensure his reasonable safety due to his to risk of illness and death related to COVID-19. (*Id.* at PageID.108.) On June 8, 2020, the Court heard oral argument on Petitioner's motion through video/teleconference technology.

Adjudicating Petitioner's motion requires the Court to determine whether, absent an injunction, Petitioner faces a high likelihood of irreparable harm. *Northeast Ohio Coal. for Homeless and Serv. Emps. Intern. Union, Local 1199 v. Blackwell*, 467 F.3d 999, 1009 (6th Cir. 2006). Petitioner alleges that he is at increased risk of severe illness and/or death from COVID-19 because of his hypertension and family history of heart disease. (ECF No. 3, PageID.109.) However, Petitioner did not attach to his petition or motion medical records or any other evidence that either documents Petitioner's underlying medical conditions or supports a finding that Petitioner is at increased risk of a dire outcome should he contract COVID-19.

For the reasons stated on the record, Petitioner's motion is denied without prejudice. Respondent is ordered to provide Petitioner with his medical records from the Monroe County Jail by no later than Friday, June 12, 2020. Respondent is ordered to obtain three blood pressure readings for Petitioner—each on a separate day—by Friday, June 12, 2020. Respondent is ordered to provide Petitioner with a record of each reading. The Court will reconsider Petitioner's motion upon receiving evidence of Petitioner's specific underlying health conditions and

argument regarding Petitioner's risk of severe illness and/or death from COVID-19. Petitioner may submit a supplemental brief by no later than Friday, June 19. Respondent may submit a supplemental brief by Friday, June 26.

IT IS SO ORDERED.

Dated: June 8, 2020                 s/Judith E. Levy
Ann Arbor, Michigan             JUDITH E. LEVY
                                               United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 8, 2020.

                                          s/William Barkholz
                                          WILLIAM BARKHOLZ
                                          Case Manager